# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ARLENE ANTOINETTE JOHNSON,<br><br>　　　　　　　　Defendant. | CASE NO. 14CR3333-JAH<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21:952 AND 960 IMPORTATION OF METHAMPHETAMINE (FELONY)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 30, 2015

[FILED JUN 30 2015 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY __ DEPUTY]

_____
David H. Bartick
U.S. Magistrate Judge